NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GOOGLE INC.,**
*Appellant*

v.

**NETWORK-1 TECHNOLOGIES, INC.,**
*Appellee*

---

2016-2509, -2510, -2511, -2512

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2015-00343, IPR2015-00345, IPR2015-00347, IPR2015-00348.

---

**O R D E R**

The above-captioned appeals appear to be related.

We consolidate the cases and thus one set of briefs should be filed for the four appeals.

Accordingly,

IT IS ORDERED THAT:

The appeals are consolidated. The revised official caption is reflected above. The certified lists are due no later than September 28, 2016.

2     GOOGLE INC. v. NETWORK-1 TECHNOLOGIES, INC.

                          FOR THE COURT

                          /s/ Peter R. Marksteiner
                          Peter R. Marksteiner
                          Clerk of Court

s32